UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HOUSTON SAMUEL HAMMONS, #2538122 | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-236-SDJ |
| OFFICER KENNETH FRANKLIN, ET AL. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 8, 2025, the Report of the Magistrate Judge, (Dkt. #40), was entered containing proposed findings of fact and recommendations that this civil action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED without prejudice**.

**So ORDERED and SIGNED this 27th day of June, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE